# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :    No.: 21-mj-00247-02-RMM <br> : |
| v. | : <br> : |
| THOMAS ROY VINSON, | : <br> : |
| *Defendant*. | : <br> : |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Thomas Roy Vinson in the above-referenced matter.

Dated: March 9, 2021          Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant*